## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CR-08-307-R** |
| | ) | |
| **AMBER TILLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Before the Court is a letter from Defendant Amber Tilley requesting that the Court "lower or lift" her sentence [Doc. No. 26]. The Court is without jurisdiction to modify the term of imprisonment imposed. *See* 18 U.S.C. § 3582(c). Therefore, Defendant's request, treated as a motion is DENIED.

IT IS SO ORDERED this 29th day of March, 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE